# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

### CIVIL MINUTES - GENERAL

| Case No.: | 2:20-cv-10919-AB-JC | Date: | January 26, 2022 |
|---|---|---|---|

**Title:** *Lauren Christian v. Pressed Juicery, Inc.*

---

**Present: The Honorable     ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   [In Chambers] ORDER <u>**DISMISSING**</u> ACTION FOR LACK OF PROSECUTION

On January 18, 2022, the Court issued to Plaintiff an order to show cause why the case should not be dismissed for lack or prosecution. ("OSC," Dkt. No. 26.) Plaintiff's response was due five court days thereafter, or by January 25, 2022. As of the date of this Order, Plaintiff has not responded to the OSC. Because Plaintiff did not respond to the OSC, and for the reasons stated in the OSC, the Court hereby <u>**DISMISSES**</u> this action for lack of prosecution.

**IT IS SO ORDERED**.